UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUCKIN' DIESEL, INC.,

    Plaintiff,

v.                                    Case No.:

CUMULUS MEDIA, INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, Cumulus Media, Inc., pursuant to 28 U.S.C. §1441 and §1446, removes this action from the Circuit Court for the First Judicial Circuit in and for Okaloosa County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division, and in support hereof states:

1.    This action was commenced on September 27, 2016 in the Circuit Court for the First Judicial Circuit in and for Okaloosa County, Florida, and styled <u>Suckin' Diesel, Inc. v. Cumulus Media, Inc.</u>, Case No. 2016-CA-003483 F (the "State Action").

2.    This Notice of Removal is being filed within thirty (30) days after receipt by Defendant through service of a copy of supplemental interrogatory responses from which it may first be ascertained that the amount in controversy exceeds $75,000.00, and is thus a case which is or has become removable.  Therefore, this case is timely removed.  28 U.S.C.§1446(b) and (c).

3.    Plaintiff, Suckin' Diesel, Inc., is (and was at the time of filing the State Action) a citizen and resident of the state of Florida.

4. Defendant, Cumulus Media, Inc., is (and was at the time of the filing of the State Action) a Georgia corporation with its principal place of business in Atlanta, Georgia and is, therefore, a citizen of the State of Georgia.

5. Thus, there exists complete diversity of citizenship between the Plaintiff and the Defendant herein.

6. The State Action pleads damages in an amount greater than $15,000.00, and thus the amount in controversy was not ascertainable from the original Complaint. Defendant served written discovery on Plaintiff seeking, among other things, the amount of damages being asserted by Plaintiff. However, Plaintiff's initial interrogatory answers failed to specify any amount in controversy.

7. Defendant sought supplemental interrogatory answers which specified an amount in controversy, and identification of and explanation for documents produced by Plaintiff.

8. In response, on September 1, 2017, Plaintiff served via email unverified supplemental answers to Defendant's First Set of Interrogatories, attached as **Exhibit A** hereto. Those unverified amended interrogatory answers for the first time disclose that Plaintiff seeks for Defendant to pay loans taken out by Plaintiff as part of its damages in this case. See Ex. A at unverified amended answer to Interrogatory 8. Documents produced by Plaintiff show the loan amounts exceed $75,000.00, and are attached as **Exhibit B** hereto.

9. The amount in controversy therefore clearly exceeds the sum or value of $75,000, exclusive of interest and costs.

10. Because there exists a complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action

under 28 U.S.C. § 1332.  Thus, the State Action is removable under 28 U.S.C. § 1441 as a civil action over which this Court has original jurisdiction.

11. Contemporaneously filed herewith as **Exhibit C** is a copy of the Complaint filed by Plaintiff in the state court as well as copies of all process, pleadings, papers and orders, if any, now on file in the state court pursuant to 28 U.S.C. § 1446(a).

12. Venue is proper in the Northern District of Florida, Pensacola Division, as the Circuit Court in which the action is pending is within the jurisdictional confines of the Northern District.  See 29 U.S.C. § 1146(a); N.D. Fla. Loc. R. 3.1.

13. A copy of this Notice of Removal is being contemporaneously filed with the Circuit Court, First Judicial Circuit, in and for Okaloosa County, Florida, pursuant to the requirements of 28 U.S.C. §1446(d).

**WHEREFORE**, Defendant Cumulus Media, Inc. requests that the United States District Court for the Northern District of Florida accept this removal and issue such orders and processes which are necessary to preserve its jurisdiction over this matter.

**HOLLAND & KNIGHT LLP**

s/ Jennifer A. Mansfield
Timothy J. Conner
Florida Bar No. 767580
Primary: timothy.conner@hklaw.com
Secondary: lynette.mattison@hklaw.com
Jennifer A. Mansfield
Florida Bar No. 0186724
Primary: jennifer.mansfield@hklaw.com
Secondary: dawn.hewett@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
Telephone:  (904) 353-2000
Facsimile:  (904) 358-1872
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by via email on the 21st day of September, 2017, to:

Robert A. Andrade
MOORE, HILL &WESTMORELAND
350 West Cedar Street, Suite 100
Post Office Box 13290
Pensacola, FL 32591-3290
(850) 434-3541
(850) 435-7899 (fax)
aandrade@mhw-law.com
hmalone@mhw-law.com
*Counsel for Plaintiff*

              /s Jennifer A. Mansfield
              Attorney