# EXHIBIT B

# NOTE

$100,000.00

For value received, SUCKIN' DIESEL INC., a Florida corporation, promises to pay to the order of **ZEREP CORPORATION, a Florida corporation**, the principal sum of **$100,000.00** with interest thereon at the rate of 4.00% per centum per annum from date until maturity, said interest being payable as set forth below, both principal and interest being payable in lawful money of the United States of America at ▮▮▮▮▮▮ ▮ Fort Walton Beach, FL 32547, or at such other address as the holder from time to time may specify by written notice to the maker, said principal and interest to be paid on the date and in the manner following:

**Borrower shall make 96 payments of $1,218.93. The first payment shall be made one month from the date of this note, and the remaining 95 payments shall be made on the same day of each month thereafter.**

If the note holder has not received the full amount of any monthly payment by the end of 5 calendar days after the due date, a late charge of 5% of the principal and interest payment will also be due the note holder. Privilege is reserved to prepay, at any time, all or any parts of indebtedness due hereunder without premium or fee. This note is to be construed and enforced according to the laws of State of Florida, and is secured by a security agreement of even date herewith, together with any modifications thereof.

If default be made in the payment of any of said sums or interest or in the performance of any agreements contained herein or in the said mortgage, then at the option of the holder of the same, the principal sum then remaining unpaid with accrued interest shall immediately become due and collectible without notice, time being the essence of this contract, and said principal sum and said accrued interest shall both bear interest at the maximum rate per annum allowed by law, from such time until paid. If Borrower defaults on any obligations contained within the lease of even date herewith to SUCKIN' DIESEL INC., a Florida corporation, from Richard Perez, for the property located at 605 James Lee Rd., Fort Walton Beach, FL 325474, such a default shall constitute a default hereunder. The above referenced lease is hereby cross-defaulted with this note and related security agreement, a default under any these agreements, or any other related document (modification, amendment, or addendum) shall constitute a default under all related documents.

Each maker and endorser waives presentment, protest, notice of protest and notice of dishonor and agrees to pay all costs, including a reasonable attorney's fee, whether suit be brought or not, if counsel shall after maturity of this note or default hereunder or under said mortgage, be employed to collect this note or to protect the security thereof.

Borrower's Address:                                 SUCKIN' DIESEL INC., a Florida Corporation
605 James Lee Rd.
Ft. Walton Beach, FL 32547              By: _____
                                                    Christopher Beckman, its President

PROPER DOCUMENTARY STAMPS HAVE BEEN PAID AND AFFIXED TO THE MORTGAGE.

## Continuing Personal Guarantee

By my signature below, I hereby agree to personally guaranty the full performance of the Borrower, including all financial obligations contained herein together with any future modifications, addendums, or amendments.

_____              _____
Katherine Beckman, individually                    Christopher Beckman, individually
Dated: March 18, 2015                              Dated: March 18, 2015

FIRST CITY BANK
135 PERRY AVENUE S.E.
FORT WALTON BEACH, FL 32548

PHONE:850-244-5151

SUCKIN' DIESEL INC
605 JAMES LEE RD
FT WALTON BCH FL  32547

**FDIC**

| (02) COMMERCIAL LOAN SCHEDULE PAY | | MATURITY DATE: | 04/21/16 |
|---|---|---|---|
| PRINCIPAL BALANCE: | 6,000.00 | ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.250000 | CREDIT LIMIT: | 6,000.00 |
| INTEREST BALANCE: | 2.08 | INTEREST PAID 2015: | .00 |
| ONE DAY'S INTEREST: | 1.04 | | |
| AVAILABLE CREDIT: | .00 | | |

ADVANCE DATE:              04/21/15

LOAN ADVANCE:               94.98

LOAN ADVANCE

FIRST CITY BANK
135 PERRY AVENUE S.E.
FORT WALTON BEACH, FL 32548

PHONE:850-244-5151

SUCKIN' DIESEL INC
605 JAMES LEE RD
FT WALTON BCH FL  32547

**FDIC**

| (02) COMMERCIAL LOAN SCHEDULE PAY | | MATURITY DATE: | 04/21/16 |
|---|---|---|---|
| PRINCIPAL BALANCE: | 6,000.00 | ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.250000 | CREDIT LIMIT: | 6,000.00 |
| INTEREST BALANCE: | 2.08 | INTEREST PAID 2015: | .00 |
| ONE DAY'S INTEREST: | 1.04 | | |
| AVAILABLE CREDIT: | .00 | | |

ADVANCE DATE:          04/21/15

LINE OF CREDIT ADV:    5,905.02

LINE OF CREDIT ADVANCE

 47.3217097

# FIRST CITY BANK
Integrity. Service. Community.

Post Office Box 2977
Fort Walton Beach, Florida 32549-2977
(850) 244-5151
www.firstcitybank.com

**MEMBER FDIC**

EQUAL HOUSING LENDER




SUCKIN' DIESEL INC
605 JAMES LEE RD
FT WALTON BCH FL 32547

NIXIE          322    FE  1270          0009/10/15
79 JosieRd          RETURN TO SENDER
MC 32549    NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
        BC: 32549297777      *2787-01953-10-19
 7      ᴵᶫᵖᵖᶫᶦᵐᵖᵖᶫᵈᵈᶫᶦᶫᶫᶫᶦᵖᶫᵖᵖᵖᶫᵖᶫᶦᵖᶫᶦᶫᵐᵖᵈᶫᶦᶫᶫᶦᶦᵖᶦᶫ

6-251

LOAN: ▮▮▮▮▮

AS OF:   08/31/15

## * PAST DUE NOTICE *                    PAGE  1

| | | |
|---|---|---|
| (02) COMMERCIAL LOAN SCHEDULE PAY | MATURITY DATE: | 04/21/16 |
| PRINCIPAL BALANCE: | 6,000.00  ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.250000  CREDIT LIMIT: | 6,000.00 |
| INTEREST THRU 08/31/15: | 43.74  LAST PAYMENT RECEIVED: | 07/24/15 |
| ONE DAY'S INTEREST: | 1.04  LAST PAYMENT AMOUNT: | 31.24 |
| LATE CHARGE BALANCE: | 1.61 | |

```
                PAST DUE DATE:              08/21/15
                AMOUNT PAST DUE:               32.28
                LATE CHARGES:                   1.61

                              **********************
                TOTAL AMOUNT DUE:  *      33.89 *
                              **********************
```

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS.LATE PAYMENTS
MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR
CREDIT REPORT.
**PAYMENTS RECEIVED AFTER 4:00 PM WILL BE PROCESSED THE NEXT BUSINESS DAY**

    IF PAYMENT HAS BEEN MADE, KINDLY DISREGARD THIS NOTIFICATION
*****************************************************************************
* YOUR AUTOMATIC LOAN PAYMENT OF $33.89 COULD NOT BE MADE.                *
*****************************************************************************

 

**First City Bank**
Integrity. Service. Community.

**MEMBER FDIC**

EQUAL HOUSING LENDER

Post Office Box 2977
Fort Walton Beach, Florida 32549-2977
(850) 244-5151
www.firstcitybank.com

SUCKIN' DIESEL INC

MARY ESTHER FL 32569

3-251

LOAN:

AS OF: 10/01/15

```
              * P A S T   D U E   N O T I C E *              PAGE  1

(02) COMMERCIAL LOAN SCHEDULE PAY    MATURITY DATE:              04/21/16
PRINCIPAL BALANCE:        6,000.00   ORIGINAL LOAN DATE:         04/21/15
CURRENT RATE:             6.250000   CREDIT LIMIT:               6,000.00
INTEREST THRU 10/01/15:      43.75   LAST PAYMENT RECEIVED:      09/02/15
ONE DAY'S INTEREST:           1.04   LAST PAYMENT AMOUNT:           32.28
LATE CHARGE BALANCE:          3.22

                    PAST DUE DATE:              09/21/15
                    AMOUNT PAST DUE:               32.29
                    LATE CHARGES:                  3.22

                                     **********************
                    TOTAL AMOUNT DUE:   *        35.51 *
                                     **********************
```

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS
MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR
CREDIT REPORT.
**PAYMENTS RECEIVED AFTER 4:00 PM WILL BE PROCESSED THE NEXT BUSINESS DAY**

```
        IF PAYMENT HAS BEEN MADE, KINDLY DISREGARD THIS NOTIFICATION
***************************************************************************
*  YOUR AUTOMATIC LOAN PAYMENT OF $35.51 COULD NOT BE MADE.              *
***************************************************************************
```



**First City Bank**

Integrity. Service. Community.

Post Office Box 2977
Fort Walton Beach, Florida 32549-2977
(850) 244-5151
www.firstcitybank.com



**MEMBER FDIC**

EQUAL HOUSING LENDER

SUCKIN' DIESEL INC

████████

MARY ESTHER FL 32569

Iₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

7-251

LOAN:      ████████

AS OF:   10/30/15

## * P A S T   D U E   N O T I C E *

PAGE  1

| | | |
|---|---|---|
| (02) COMMERCIAL LOAN SCHEDULE PAY | MATURITY DATE: | 04/21/16 |
| PRINCIPAL BALANCE: | 6,000.00 ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.250000 CREDIT LIMIT: | 6,000.00 |
| INTEREST THRU 11/01/15: | 43.75 LAST PAYMENT RECEIVED: | 10/08/15 |
| ONE DAY'S INTEREST: | 1.04 LAST PAYMENT AMOUNT: | 32.29 |
| LATE CHARGE BALANCE: | 3.22 | |

```
              PAST DUE DATE:            10/21/15
              AMOUNT PAST DUE:             31.25
              LATE CHARGES:                 3.22

                         *********************
              TOTAL AMOUNT DUE:  *       34.47 *
                         *********************
```

ADD ADDITIONAL LATE CHARGE OF 1.56 IF NO PAYMENT IS RECEIVED BY 10/31/15
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS
MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR
CREDIT REPORT.
**PAYMENTS RECEIVED AFTER 4:00 PM WILL BE PROCESSED THE NEXT BUSINESS DAY**

```
      IF PAYMENT HAS BEEN MADE, KINDLY DISREGARD THIS NOTIFICATION
***************************************************************************
* YOUR AUTOMATIC LOAN PAYMENT OF $34.47 COULD NOT BE MADE.               *
***************************************************************************
```

 **First City Bank**

Integrity. Service. Community.

Post Office Box 2977
Fort Walton Beach, Florida 32549-2977
(850) 244-5151
www.firstcitybank.com

 **MEMBER FDIC**

EQUAL HOUSING
LENDER

SUCKIN' DIESEL INC

MARY ESTHER FL 32569

‖ld‖ldlldldldl‖ldldl‖ldldldldl‖ldlldldl      36-251

LOAN: ▓▓▓▓▓

AS OF: 12/01/15

```
* P A S T   D U E   N O T I C E *                    PAGE  1
```

| | | |
|---|---|---|
| (02) COMMERCIAL LOAN SCHEDULE PAY | MATURITY DATE: | 04/21/16 |
| PRINCIPAL BALANCE: | 6,000.00 ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.250000 CREDIT LIMIT: | 6,000.00 |
| INTEREST THRU 12/01/15: | 43.74 LAST PAYMENT RECEIVED: | 11/18/15 |
| ONE DAY'S INTEREST: | 1.04 LAST PAYMENT AMOUNT: | 31.25 |
| LATE CHARGE BALANCE: | 6.39 | |

```
                    PAST DUE DATE:           11/21/15
                    AMOUNT PAST DUE:            32.29
                    LATE CHARGES:               6.39

                          **********************
                    TOTAL AMOUNT DUE:   *      38.68 *
                          **********************
```

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS
MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR
CREDIT REPORT.
**PAYMENTS RECEIVED AFTER 4:00 PM WILL BE PROCESSED THE NEXT BUSINESS DAY**

```
      IF PAYMENT HAS BEEN MADE, KINDLY DISREGARD THIS NOTIFICATION
*********************************************************************************
* YOUR AUTOMATIC LOAN PAYMENT OF $38.68 COULD NOT BE MADE.                      *
*********************************************************************************
```



**First City Bank**
Integrity. Service. Community.
Post Office Box 2977
Fort Walton Beach, Florida 32549-2977
(850) 244-5151
www.firstcitybank.com

**MEMBER FDIC**


EQUAL HOUSING
LENDER

SUCKIN' DIESEL INC

MARY ESTHER FL 32569

19-251

LOAN:

DATE:    12/17/15

\* R A T E    C H A N G E    A D V I C E \*          PAGE    1

| | | |
|---|---|---|
| (02) COMMERCIAL LOAN SCHEDULE PAY | MATURITY DATE: | 04/21/16 |
| PRINCIPAL BALANCE: | 6,000.00 ORIGINAL LOAN DATE: | 04/21/15 |
| CURRENT RATE: | 6.500000 CREDIT LIMIT: | 6,000.00 |
| INTEREST BALANCE: | 28.15 DATE OF LAST PAYMENT: | 12/09/15 |
| ONE DAY'S INTEREST: | 1.08 LAST PAYMENT AMOUNT: | 32.29 |

ON 12/17/15 YOUR INTEREST RATE CHANGED FROM 6.250000 % TO 6.500000 %.
THE OLD INTEREST RATE WAS BASED ON AN INDEX VALUE OF 3.250000 %.
THE NEW INTEREST RATE IS BASED ON AN INDEX VALUE OF 3.500000 % PLUS A RATE
ADJUSTER OF 3.000000 %.

THE OUTSTANDING BALANCE OF YOUR LOAN AS OF 12/17/15 IS 6,000.00.

THIS CHANGE IS MADE IN ACCORDANCE WITH THE TERMS OF YOUR LOAN